# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
MAR 2 8 2008
JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

United States of America )
v. )
Angelo Walton )
)  Case No: 4:93CR70036-001
)  USM No: 2027-1016
)
Date of Previous Judgment: May 24, 1994 )
(Use Date of Last Amended Judgment if Applicable) )  Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **262** months **is reduced to** **240**.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: 38                Amended Offense Level: 36
Criminal History Category: II             Criminal History Category: II
Previous Guideline Range: 262 to 327 months   Amended Guideline Range: 210 to 262 months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Defendant's new sentence is 240 months for Counts 1, 2, 3 and 4, all to run concurrently.

See Attached Addendum for a detailed explanation of the reasons for Defendant's new sentence.

Except as provided above, all provisions of the judgment dated May 24, 1994 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 3-28-08

Judge's signature

Effective Date: 4/7/2008
(if different from order date)

Senior United States District Judge Jackson L. Kiser
Printed name and title

United States of America v. Angelo Walton
Case No: 4:93CR70036-001

**Addendum to Order Regarding Motion for Sentence Reduction**

**Effective: 4/7/2008**

Defendant was the leader of an extensive crack cocaine conspiracy involving very large quantities of crack cocaine and he was often seen with firearms. In addition, Defendant has been less than a model prisoner. He has garnered some 19 infractions of prison rules during his time in federal custody, including fighting (1/4/06), use of drugs (10/3/04), and several instances of refusing to obey orders.

After considering the factors set forth in 18 U.S.C. § 3553(a) and in particular the nature of the offense and the need for deterrence, I find that a sentence in the middle of the Guidelines range is more appropriate than a sentence at the bottom of the Guidelines range.